IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                        No. CR S-03-0289 CMK

    vs.

CRAIG E. SWANSON.

    Movant.                          <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed what this court will construe is a request that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), movant's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of the Court is directed to close the companion civil case numbers 05-1214 LKK and 05-1568 CMK.

DATED: August 10, 2005.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE